IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PACEM SOLUTIONS INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. SMALL BUSINESS ADMINISTRATION, *et al.*, <br><br> Defendants. | No. 1:23-cv-1702 (LMB/IDD) |

## DEFENDANTS' MOTION TO DISMISS IN PART

Defendants respectfully move to dismiss in part the complaint in the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are more fully set forth in the accompanying memorandum of law.

Dated: April 2, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:       /s/
PETER B. BAUMHART
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3738
Fax:         (703) 299-3983
Email: Peter.Baumhart@usdoj.gov

*Counsel for Defendants*