IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PACEM SOLUTIONS INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>    Defendants. | No. 1:23-cv-1702 (LMB/IDD) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that on May 31, 2024, Defendants electronically filed the administrative record with respect to the decision of the U.S. Small Business Administration at issue in this civil action.

Due to the size of the electronic administrative record file and the limits of this Court's Electronic Case Filing ("ECF") system, the administrative record has been divided into several separate ECF filings. This filing contains parts 1 through 3 out of a total of 9 separate parts.

//

//

2

Dated: May 31, 2024                    Respectfully submitted,

                                            JESSICA D. ABER
                                            UNITED STATES ATTORNEY

*By*:        /s/
                                            PETER B. BAUMHART
                                            Assistant United States Attorney
                                            Office of the United States Attorney
                                            2100 Jamieson Avenue
                                            Alexandria, Virginia 22314
                                            Telephone: (703) 299-3738
                                            Fax:            (703) 299-3983
                                            Email: Peter.Baumhart@usdoj.gov

                                            *Counsel for Defendants*