IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PACEM SOLUTIONS INTERNATIONAL, )
  LLC, )
             Plaintiff, )
                                       )   1:23-cv-1702 (LMB/IDD)
   v. )
U.S. SMALL BUSINESS ADMINISTRATION, )
  et al., )
           Defendants.

ORDER

For the reasons stated in open court, plaintiff PACEM Solutions International, Inc.'s Motion for Summary Judgment, [Dkt. No. 33], is DENIED; defendants U.S. Small Business Administration and Isabella Casillas Guzman's Motion for Summary Judgment, [Dkt. No. 36] is GRANTED; and it is hereby

ORDERED that the Clerk enter judgment in favor of defendants under Fed. R. Civ. P. 58; forward copies of this Order to counsel of record; and close this civil action.

Entered this 6 day of September, 2024.

Alexandria, Virginia

                                                            /s/
                                              Leonie M. Brinkema
                                              United States District Judge