1                     UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
2                          Alexandria Division

3

       PACEM SOLUTIONS INTERNATIONAL,     :     Civil Case
4      LLC,                               :     No. 1:23-cv-1702
                                          :
5                     Plaintiff           :
                                          :
6             v.                          :
                                          :
7      U.S. SMALL BUSINESS                :
       ADMINISTRATION, et al.,            :     September 6, 2024
8                                         :     10:25 a.m.
                      Defendants          :
9      .............................      :     ........................

10

11                   TRANSCRIPT OF MOTION HEARING
            BEFORE THE HONORABLE LEONIE M. BRINKEMA
                   UNITED STATES DISTRICT JUDGE
12

       APPEARANCES:
13
       FOR THE PLAINTIFF:          MILTON CHRISTOPHER JOHNS
14                                 JILL HELWIG
                                   EXECUTIVE LAW PARTNERS, PLLC
15                                 11130 Fairfax Blvd.
                                   Suite 303
16                                 Fairfax, VA  22030
                                   571-500-1010
17
       FOR THE DEFENDANTS:         PETER B. BAUMHART
18                                 UNITED STATES ATTORNEY'S OFFICE
                                   2100 Jamieson Avenue
19                                 Alexandria, VA  22314
                                   701-299-3700
20

21     OFFICIAL COURT REPORTER:    REBECCA STONESTREET, RPR, CRR
                                   U.S. District Court, 9th Floor
22                                 401 Courthouse Square
                                   Alexandria, Virginia  22314
23                                 (240) 426-7767

24                          ( pages 1 - 15)

25          COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

```
 1                      P R O C E E D I N G S

 2            COURTROOM CLERK:  Civil action 1:23-CV-1702,

 3   PACEM Solutions International, LLC versus the U.S. Small

 4   Business Administration, et al.

 5            Will counsel note your appearance for the record, first

 6   for the plaintiff.

 7            MR. JOHNS:  Good morning, Your Honor.  Milton Johns for

 8   PACEM Solutions International.  I'm joined by my colleague,

 9   Jill Helwig.  Also at counsel table is Mr. Joe Schmitz, general

10   counsel for PACEM.

11            THE COURT:  Good morning.  All right.

12            MR. BAUMHART:  Good morning, Your Honor.  Assistant

13   U.S. Attorney Peter Baumhart on behalf of the defendants.

14            THE COURT:  All right.  What we have here are cross

15   motions for summary judgment in a case involving a claim by the

16   plaintiff that the Small Business Administration has violated

17   the APA, the CARES Act, and due process when it made the

18   decision to not pay off on a loan that it had made -- or it had

19   guaranteed under Section, I think, 7(a) of the SBA -- a 7(a)

20   type of SBA loan.

21            It's a very interesting case, and I've got some

22   questions, Mr. Baumhart, I want to ask you.  Because I haven't

23   had a case like this before, and I was intrigued by the SBA's

24   approach to these guarantees.

25            So the original guarantee was for a one-year loan.
```

1    Right?

2         MR. BAUMHART:  That's correct.  One-year fully

3    amortizing loan.

4         THE COURT:  Right.  And as you know from the history of

5    this case, that loan was modified and modified and modified and

6    modified and modified.  It was pretty clear from at least the

7    record of the case that the plaintiff was only able to make

8    interest-only payments, never was able to make the final

9    payments of the principal.  On I think two of the modified or

10   redone loans, a small portion of principal was paid, but it's

11   pretty clear from the track record that it was never able to pay

12   the full principal.

13        I was surprised, at least with what I could see in the

14   record, that the SBA does not require that it receives notice if

15   the loan for which it entered the guarantee is modified; that it

16   doesn't get notice and an opportunity to voice an objection.  Is

17   that really how you-all operate?

18        MR. BAUMHART:  Your Honor, I can't speak to exactly the

19   procedure that occurred beforehand.  I believe that the SBA

20   receives a minimum notification of continuing payments that are

21   being made on a loan --

22        THE COURT:  And to assume, then, that the loan has been

23   extended somehow by the bank?

24        MR. BAUMHART:  Yes, Your Honor.  Through the 1502

25   reports.  And they rely on the lenders to report whether the

1      loan is in regular servicing status or has alternatively moved

2      to liquidation.

3            THE COURT:  Now, if a financial institution is not

4      following SBA requirements by making the proper reports or not

5      doing the proper due diligence, frankly, in checking out whether

6      a borrower is qualified to even receive this type of SBA

7      guaranteed loan, does the SBA cut off relationships with the

8      bank?  Is that something that happens?

9            MR. BAUMHART:  Your Honor, I think the SBA has a range

10     of sanctions, punishments, that kind of thing, that it can dole

11     out.  It is possible, I think, that the SBA would no longer have

12     that lender within its portfolio.  I don't know the full range

13     of what sanctions they would impose or, you know, what sort of

14     triggering facts --

15           THE COURT:  It was interesting, if you look at the

16     communications from the final bank that was handling the note in

17     its final iteration - because it was not the origination bank -

18     how they were sort of saying, well, we wouldn't do it this way.

19     But they had, in fact, been involved in several of the

20     extensions of this agreement.

21           All right.  Well, anyway, I was just intrigued by that,

22     because there were certainly major changes made to the original

23     note in terms of the agreement as to how principal-only payments

24     versus the final payment of principal would occur.

25           MR. BAUMHART:  That's certainly correct, Your Honor.

1    It went from regular payments of principal to essentially no

2    principal, interest only, and then a balloon payment, if you

3    will, at the end that was also never made.

4              THE COURT:  All right.

5              MR. BAUMHART:  Thank you.

6              THE COURT:  So the issue is whether or not, first of

7    all, the SBA acted in an arbitrary or capricious or illegal

8    manner when it made the decision that it was not going to

9    continue paying.  Because what happened, of course, when the

10   CARES Act went into effect, the CARES Act did provide that the

11   SBA would come forward and would cover loans that qualified for

12   such coverage.  And the SBA -- one of the things that makes a

13   loan not a qualifying loan is if it's in default.

14             And I don't think there's any way in which the

15   plaintiff can really argue from this record that the loan was

16   not in default.  In fact, the fifth version even says that the

17   loan was in default and that the bank was waiving the default.

18   But default is default.

19             And again, I'm curious whether a bank's waiving of the

20   default saves that loan.  Because, again, the SBA represents the

21   taxpayers.  That's taxpayer money that is being used to

22   guarantee the loan.  And the CARES Act, it was quite clear that

23   if the loan was not performing appropriately, that SBA was not

24   required, as I understand it, to make the payments.

25             So the SBA did make two interest payments and then

*Rebecca Stonestreet, RPR, CRR, Official Court Reporter*

1    realized that this loan was not a qualifying loan, and you know

2    from the record, the bank returned those two payments to the SBA

3    and then the SBA refused to make the other payments.

4          The other thing that's really strange in this case, and

5    the timing is very unusual, is that after the CARES Act goes

6    into effect, all of a sudden the sixth version of the loan

7    occurs, and for the first time the payments are all principal

8    payments.  I mean, it upped the ante so dramatically such that

9    the SBA might be caught in having to pay the whole principal

10   because of that change.  That's very problematic.  I mean, I saw

11   all sorts of strange things with that.

12         So, Mr. Johns, you'll have to show me where you really

13   think the action of the SBA was in any respect arbitrary,

14   capricious, or illegal, whether it violated the CARES Act, and

15   whether your client -- you know, your client, in terms of due

16   process, he's even here today, or it's even here today.  It's

17   getting processed.  But your due process argument is, from what

18   I read, primarily defects in certain notifications, which are at

19   best harmless, in my view.

20         But go ahead.

21         MR. JOHNS:  Thank you, Your Honor.  And I think to

22   respond to Your Honor's questions, the incident that in the

23   complaint PACEM points to is the stoppage in payments of the

24   loan, the subsidy payments for the loan.  It was accepted into

25   the program, and it was accepted after the execution of that

1    fifth amendment.

2              And at the time that those payments were stopped in the

3    summer, we don't know exactly -- there was a June 1st payment

4    that covered the April and May payments under the loan --

5              THE COURT:  Under the CARES Act.

6              MR. JOHNS:  And then there should have -- yes,

7    Your Honor.  And so there would have been, under the CARES Act,

8    four more monthly payments.

9              THE COURT:  Yeah, but those monthly payments now are

10   principal.  You've never had -- in all the iterations of this

11   loan, there has never been a situation where the monthly

12   payments basically became portions of that very significant --

13   it's $4.6 million.  I mean, very significant principal.  Almost

14   all of the other iterations, and certainly later iterations,

15   were interest only, which is a huge difference.

16             MR. JOHNS:  Well, the issue for APA purposes, and the

17   issue why we're here, Your Honor, is that there's nothing in the

18   administrative record that shows any of that thought process in

19   May of 2020 or the summer of 2020, when those payments were

20   stopped.  Everything in the record occurs after that decision.

21             And PACEM -- perhaps the lender would have had an

22   opportunity to explain it if the SBA had followed the proper

23   procedure and given notice before taking the action.  And that

24   didn't happen.  There's literally nothing in the record that

25   shows any decision-making process at the time that they stopped

1    the payments.

2         And then the record does reflect the odyssey that PACEM

3    enters into to try to find out the reason, to try to find out

4    that rational basis, and all of that comes after the fact.  The

5    loan payments have stopped in the summer of 2020.  There's

6    nothing in the record that indicates why that happened at the

7    time of that stoppage.

8         And under the APA, under due process, there may have

9    been an opportunity to provide that explanation.  There may be a

10   very reasonable basis.  The payments actually, for the remaining

11   six months after the -- let me take one step back.

12        The fifth amendment, which was approved, had a balloon

13   payment as of the 15th of June.  And so the entire loan was to

14   be paid off in June of 2020 under the fifth amendment of that

15   loan.  The sixth amendment of that loan extended the payments

16   until December.  So --

17        THE COURT:  Excuse me.  What was the consideration for

18   the bank in extending that sixth iteration?  In many of the

19   other ones there was a requirement that some portion of the

20   principal be paid.  One payment was 250,000 and I think another

21   one was 100,000.  So there was clear consideration to the bank.

22   There was a benefit to the bank.

23        There was none that I could find for the sixth.

24        MR. JOHNS:  Two points, if I may, Your Honor.  First of

25   all, the waiver provision has been in that note since the very

 1    beginning, that the bank, instead of entering into default, may

 2    waive under a number of conditions.

 3            The sixth amendment, there's a requirement for payment

 4    of the bank's fees, as I'm --

 5            THE COURT:  Of 2,500 -- yeah, the two $2,500 payments.

 6    That's right.  Yeah.

 7            MR. JOHNS:  Right.  So there is this consideration that

 8    they had to pay those fees.

 9            So I think that the fifth amendment, the

10    fifth amendment loan, was actually worse for the SBA.  The

11    sixth amendment, the payments would have stopped in September,

12    but the loan payments continued until December.  But the problem

13    is that there was -- under the APA, there's nothing in that

14    record for that decision to stop those payments.  And I don't

15    think the agency can get past that.

16            All of the material that Your Honor referred to, and

17    it's in the record, we don't contest what's in -- I mean, the

18    record is the record.  But none of that was available to the

19    decisionmakers in the summer of 2020, at the time they stopped

20    those payments.  And that was considering that two payments had

21    been made.  That was a deprivation of the rights.  That was an

22    injury under the APA.

23            And so the issue of whether it's in regular servicing,

24    the CARES Act defines it for this loan that's now been accepted.

25    There's no indication in the record at the time that the

1    payments were stopped that the loan was not in regular servicing

2    in May, June, July of 2020, because the two payments were made.

3    The payment that was missed was because SBA stopped making the

4    payments.  And so -- and it had been less than 120 days at that

5    point.  Again, under the regulations and the CARES Act, you

6    can't consider a loan that's more than 120 days in arrearage as

7    not in regular servicing.

8         So at best, one payment is late because the SBA didn't

9    make the payment they were supposed to make, and then payments

10   get stopped with no notice, with no decision, and there's

11   nothing in the record.

12         THE COURT:  All right.  Mr. Baumhart, do you want to

13   respond to that?

14         MR. JOHNS:  Thank you, Your Honor.

15         MR. BAUMHART:  Just briefly, Your Honor.  It's simply

16   not true that there's nothing in the record reflecting that

17   there was an issue in actually April of 2020.  The May 2020

18   1502 report, which, again, is submitted by the lender, indicated

19   there was a missed payment in April.  I know the plaintiff has

20   raised an issue about, well, that version of the spreadsheet

21   wasn't available in 2020 because it has subsequent information

22   in it.

23         That's not how the compilation of the administrative

24   record works.  It's -- as long -- it accurately reflects, and I

25   don't think there's been any dispute that the compilation

1    accurately reflects, the information that the SBA received,

2    again, from the lender, that indicated that there was a

3    delinquency and that was why the payments were stopped.

4            And then, when the lender reached out in August to say,

5    Why aren't we getting paid?  The SBA said, We see this

6    delinquency; have you tried contacting the fiscal transfer

7    agent?

8            That is also, by the way, what sort of keyed the SBA

9    into this particular loan and said, well, now we have this

10   discrepancy, let's take a look sort of behind the curtain.  And

11   that's when the whole history of the loan became clear, and just

12   a year and a half of non-payment of principal that the SBA

13   ultimately relied on in its final decision that is reflected in

14   the letter that the SBA sent to the lender, and also is alluded

15   to in the email that the SBA sent to the plaintiff.

16           THE COURT:  I am satisfied in this case that the SBA

17   had a sufficient record before it at the time it made its

18   decision to stop the payments, and then certainly fully

19   evaluated and developed and explained over the course of the

20   almost two years, I guess, that this thing was being discussed

21   administratively, that it acted in -- it did not act in an

22   arbitrary, capricious, or illegal manner.

23           I think it did not violate the CARES Act, and the

24   plaintiff has gotten adequate due process.

25           So I'm going to deny the motion for summary judgment

```
1    that the plaintiff has filed and grant the defendant's motion

2    for summary judgment.  Thank you.

3              MR. JOHNS:  Thank you, Your Honor.

4              MR. BAUMHART:  Thank you, Your Honor.

5              (Off the record at 10:42 a.m.)

6

7

8

9

10

11

12

13

14

15              CERTIFICATE OF OFFICIAL COURT REPORTER

16

17         I, Rebecca Stonestreet, certify that the foregoing is a

18    correct transcript from the record of proceedings in the

19    above-entitled matter.

20

21

22    ____//Rebecca Stonestreet_____          _ 10/4/24____

23    SIGNATURE OF COURT REPORTER                     DATE

24

25
```

*Rebecca Stonestreet, RPR, CRR, Official Court Reporter*

## $

**$2,500** [1] - 9:5

## /

**//Rebecca** [1] - 12:22

## 1

**1** [1] - 1:24
**10/4/24** [1] - 12:22
**100,000** [1] - 8:21
**10:25** [1] - 1:8
**10:42** [1] - 12:5
**11130** [1] - 1:15
**120** [2] - 10:4, 10:6
**1502** [2] - 3:24, 10:18
**15th** [1] - 8:13
**1:23-CV-1702** [1] - 2:2
**1:23-cv-1702** [1] - 1:4
**1st** [1] - 7:3

## 2

**2,500** [1] - 9:5
**2020** [9] - 7:19, 8:5,
8:14, 9:19, 10:2,
10:17, 10:21
**2024** [1] - 1:8
**2100** [1] - 1:19
**22030** [1] - 1:16
**22314** [2] - 1:19, 1:23
**240** [1] - 1:23
**250,000** [1] - 8:20

## 3

**303** [1] - 1:16

## 4

**4.6** [1] - 7:13
**401** [1] - 1:22
**426-7767** [1] - 1:23

## 5

**571-500-1010** [1] -
1:17

## 6

**6** [1] - 1:8

## 7

**7(a** [2] - 2:19
**701-299-3700** [1] -
1:20

## 9

**9th** [1] - 1:22

## A

**a.m** [2] - 1:8, 12:5
**able** [3] - 3:7, 3:8, 3:11
**above-entitled** [1] -
12:19
**accepted** [3] - 6:24,
6:25, 9:24
**accurately** [2] - 10:24,
11:1
**Act** [11] - 2:17, 5:10,
5:22, 6:5, 6:14, 7:5,
7:7, 9:24, 10:5,
11:23
**act** [1] - 11:21
**acted** [2] - 5:7, 11:21
**action** [3] - 2:2, 6:13,
7:23
**adequate** [1] - 11:24
**ADMINISTRATION** [1]
- 1:8
**Administration** [2] -
2:4, 2:16
**administrative** [2] -
7:18, 10:23
**administratively** [1] -
11:21
**agency** [1] - 9:15
**agent** [1] - 11:7
**agreement** [2] - 4:20,
4:23
**ahead** [1] - 6:20
**al** [2] - 1:8, 2:4
**Alexandria** [3] - 1:2,
1:19, 1:23
**alluded** [1] - 11:14
**almost** [2] - 7:13,
11:20
**alternatively** [1] - 4:1
**amendment** [8] - 7:1,
8:12, 8:14, 8:15, 9:3,
9:9, 9:10, 9:11
**amortizing** [1] - 3:3
**ante** [1] - 6:8
**anyway** [1] - 4:21
**APA** [5] - 2:17, 7:16,
8:8, 9:13, 9:22
**appearance** [1] - 2:5
**APPEARANCES** [1] -
1:13
**approach** [1] - 2:24
**appropriately** [1] -
5:23
**approved** [1] - 8:12
**April** [3] - 7:4, 10:17,
10:19

**arbitrary** [3] - 5:7,
6:13, 11:22
**argue** [1] - 5:15
**argument** [1] - 6:17
**arrearage** [1] - 10:6
**Assistant** [1] - 2:12
**assume** [1] - 3:22
**Attorney** [1] - 2:13
**ATTORNEY'S** [1] -
1:18
**August** [1] - 11:4
**available** [2] - 9:18,
10:21
**Avenue** [1] - 1:19

## B

**balloon** [2] - 5:2, 8:12
**bank** [10] - 3:23, 4:8,
4:16, 4:17, 5:17, 6:2,
8:18, 8:21, 8:22, 9:1
**bank's** [2] - 5:19, 9:4
**basis** [2] - 8:4, 8:10
**BAUMHART** [10] -
1:18, 2:12, 3:2, 3:18,
3:24, 4:9, 4:25, 5:5,
10:15, 12:4
**Baumhart** [3] - 2:13,
2:22, 10:12
**became** [2] - 7:12,
11:11
**BEFORE** [1] - 1:11
**beforehand** [1] - 3:19
**beginning** [1] - 9:1
**behalf** [1] - 2:13
**behind** [1] - 11:10
**benefit** [1] - 8:22
**best** [2] - 6:19, 10:8
**Blvd** [1] - 1:15
**borrower** [1] - 4:6
**briefly** [1] - 10:15
**BRINKEMA** [1] - 1:11
**Business** [2] - 2:4,
2:16
**BUSINESS** [1] - 1:7

## C

**capricious** [3] - 5:7,
6:14, 11:22
**CARES** [11] - 2:17,
5:10, 5:22, 6:5, 6:14,
7:5, 7:7, 9:24, 10:5,
11:23
**Case** [1] - 1:4
**case** [7] - 2:15, 2:21,
2:23, 3:5, 3:7, 6:4,
11:16
**caught** [1] - 6:9
**certain** [1] - 6:18

**certainly** [4] - 4:22,
4:25, 7:14, 11:18
**CERTIFICATE** [1] -
12:15
**certify** [1] - 12:17
**change** [1] - 6:10
**changes** [1] - 4:22
**checking** [1] - 4:5
**CHRISTOPHER** [1] -
1:14
**civil** [1] - 2:2
**Civil** [1] - 1:4
**claim** [1] - 2:15
**clear** [5] - 3:6, 3:11,
5:22, 8:21, 11:11
**CLERK** [1] - 2:2
**client** [2] - 6:15
**colleague** [1] - 2:8
**communications** [1] -
4:16
**compilation** [2] -
10:23, 10:25
**complaint** [1] - 6:23
**COMPUTERIZED** [1] -
1:25
**conditions** [1] - 9:2
**consider** [1] - 10:6
**consideration** [3] -
8:17, 8:21, 9:7
**considering** [1] - 9:20
**contacting** [1] - 11:6
**contest** [1] - 9:17
**continue** [1] - 5:9
**continued** [1] - 9:12
**continuing** [1] - 3:20
**correct** [3] - 3:2, 4:25,
12:18
**counsel** [3] - 2:5, 2:9,
2:10
**course** [2] - 5:9, 11:19
**COURT** [18] - 1:1,
1:21, 2:11, 2:14, 3:4,
3:22, 4:3, 4:15, 5:4,
5:6, 7:5, 7:9, 8:17,
9:5, 10:12, 11:16,
12:15, 12:23
**Court** [1] - 1:22
**Courthouse** [1] - 1:22
**COURTROOM** [1] -
2:2
**cover** [1] - 5:11
**coverage** [1] - 5:12
**covered** [1] - 7:4
**cross** [1] - 2:14
**CRR** [1] - 1:21
**curious** [1] - 5:19
**curtain** [1] - 11:10
**cut** [1] - 4:7

## D

**DATE** [1] - 12:23
**days** [2] - 10:4, 10:6
**December** [2] - 8:16,
9:12
**decision** [8] - 2:18,
5:8, 7:20, 7:25, 9:14,
10:10, 11:13, 11:18
**decision-making** [1] -
7:25
**decisionmakers** [1] -
9:19
**default** [8] - 5:13,
5:16, 5:17, 5:18,
5:20, 9:1
**defects** [1] - 6:18
**DEFENDANT** [1] -
1:18
**defendant's** [1] - 12:1
**defendants** [1] - 2:13
**Defendants** [1] - 1:9
**defines** [1] - 9:24
**delinquency** [2] -
11:3, 11:6
**deny** [1] - 11:25
**deprivation** [1] - 9:21
**developed** [1] - 11:19
**difference** [1] - 7:15
**diligence** [1] - 4:5
**discrepancy** [1] -
11:10
**discussed** [1] - 11:20
**dispute** [1] - 10:25
**District** [1] - 1:22
**DISTRICT** [3] - 1:1,
1:2, 1:12
**Division** [1] - 1:2
**dole** [1] - 4:10
**dramatically** [1] - 6:8
**due** [6] - 2:17, 4:5,
6:15, 6:17, 8:8,
11:24

## E

**EASTERN** [1] - 1:2
**effect** [2] - 5:10, 6:6
**email** [1] - 11:15
**end** [1] - 5:3
**entered** [1] - 3:15
**entering** [1] - 9:1
**enters** [1] - 8:3
**entire** [1] - 8:13
**entitled** [1] - 12:19
**essentially** [1] - 5:1
**et** [2] - 1:8, 2:4
**evaluated** [1] - 11:19
**exactly** [2] - 3:18, 7:3

**excuse** [1] - 8:17
**execution** [1] - 6:25
**EXECUTIVE** [1] - 1:15
**explain** [1] - 7:22
**explained** [1] - 11:19
**explanation** [1] - 8:9
**extended** [2] - 3:23, 8:15
**extending** [1] - 8:18
**extensions** [1] - 4:20

## F

**fact** [3] - 4:19, 5:16, 8:4
**facts** [1] - 4:14
**Fairfax** [2] - 1:15, 1:16
**fees** [2] - 9:4, 9:8
**fifth** [6] - 5:16, 7:1, 8:12, 8:14, 9:9, 9:10
**filed** [1] - 12:1
**final** [5] - 3:8, 4:16, 4:17, 4:24, 11:13
**financial** [1] - 4:3
**first** [4] - 2:5, 5:6, 6:7, 8:24
**fiscal** [1] - 11:6
**Floor** [1] - 1:22
**followed** [1] - 7:22
**following** [1] - 4:4
**FOR** [3] - 1:2, 1:14, 1:18
**foregoing** [1] - 12:17
**forward** [1] - 5:11
**four** [1] - 7:8
**frankly** [1] - 4:5
**full** [2] - 3:12, 4:12
**fully** [2] - 3:2, 11:18

## G

**general** [1] - 2:9
**given** [1] - 7:23
**grant** [1] - 12:1
**guarantee** [3] - 2:25, 3:15, 5:22
**guaranteed** [2] - 2:19, 4:7
**guarantees** [1] - 2:24
**guess** [1] - 11:20

## H

**half** [1] - 11:12
**handling** [1] - 4:16
**harmless** [1] - 6:19
**HEARING** [1] - 1:11
**Helwig** [1] - 2:9
**HELWIG** [1] - 1:14
**history** [2] - 3:4, 11:11

**Honor** [15] - 2:7, 2:12, 3:18, 3:24, 4:9, 4:25, 6:21, 7:7, 7:17, 8:24, 9:16, 10:14, 10:15, 12:3, 12:4
**Honor's** [1] - 6:22
**HONORABLE** [1] - 1:11
**huge** [1] - 7:15

## I

**illegal** [3] - 5:7, 6:14, 11:22
**impose** [1] - 4:13
**incident** [1] - 6:22
**indicated** [2] - 10:18, 11:2
**indicates** [1] - 8:6
**indication** [1] - 9:25
**information** [2] - 10:21, 11:1
**injury** [1] - 9:22
**instead** [1] - 9:1
**institution** [1] - 4:3
**interest** [4] - 3:8, 5:2, 5:25, 7:15
**interest-only** [1] - 3:8
**interesting** [2] - 2:21, 4:15
**International** [2] - 2:3, 2:8
**INTERNATIONAL** [1] - 1:4
**intrigued** [2] - 2:23, 4:21
**involved** [1] - 4:19
**involving** [1] - 2:15
**issue** [6] - 5:6, 7:16, 7:17, 9:23, 10:17, 10:20
**iteration** [2] - 4:17, 8:18
**iterations** [3] - 7:10, 7:14

## J

**Jamieson** [1] - 1:19
**JILL** [1] - 1:14
**Jill** [1] - 2:9
**Joe** [1] - 2:9
**JOHNS** [9] - 1:14, 2:7, 6:21, 7:6, 7:16, 8:24, 9:7, 10:14, 12:3
**Johns** [2] - 2:7, 6:12
**joined** [1] - 2:8
**JUDGE** [1] - 1:12
**judgment** [3] - 2:15, 11:25, 12:2

**July** [1] - 10:2
**June** [4] - 7:3, 8:13, 8:14, 10:2

## K

**keyed** [1] - 11:8
**kind** [1] - 4:10

## L

**late** [1] - 10:8
**LAW** [1] - 1:15
**least** [2] - 3:6, 3:13
**lender** [6] - 4:12, 7:21, 10:18, 11:2, 11:4, 11:14
**lenders** [1] - 3:25
**LEONIE** [1] - 1:11
**less** [1] - 10:4
**letter** [1] - 11:14
**liquidation** [1] - 4:2
**literally** [1] - 7:24
**LLC** [2] - 1:4, 2:3
**loan** [35] - 2:18, 2:20, 2:25, 3:3, 3:5, 3:15, 3:21, 3:22, 4:1, 4:7, 5:13, 5:15, 5:17, 5:20, 5:22, 5:23, 6:1, 6:6, 6:24, 7:4, 7:11, 8:5, 8:13, 8:15, 9:10, 9:12, 9:24, 10:1, 10:6, 11:9, 11:11
**loans** [2] - 3:10, 5:11
**look** [2] - 4:15, 11:10

## M

**major** [1] - 4:22
**manner** [2] - 5:8, 11:22
**material** [1] - 9:16
**matter** [1] - 12:19
**mean** [4] - 6:8, 6:10, 7:13, 9:17
**might** [1] - 6:9
**million** [1] - 7:13
**Milton** [1] - 2:7
**MILTON** [1] - 1:14
**minimum** [1] - 3:20
**missed** [2] - 10:3, 10:19
**modified** [7] - 3:5, 3:6, 3:9, 3:15
**money** [1] - 5:21
**monthly** [3] - 7:8, 7:9, 7:11
**months** [1] - 8:11
**morning** [3] - 2:7, 2:11, 2:12

**MOTION** [1] - 1:11
**motion** [2] - 11:25, 12:1
**motions** [1] - 2:15
**moved** [1] - 4:1
**MR** [17] - 2:7, 2:12, 3:2, 3:18, 3:24, 4:9, 4:25, 5:5, 6:21, 7:6, 7:16, 8:24, 9:7, 10:14, 10:15, 12:3, 12:4

## N

**never** [5] - 3:8, 3:11, 5:3, 7:10, 7:11
**non** [1] - 11:12
**non-payment** [1] - 11:12
**none** [2] - 8:23, 9:18
**note** [4] - 2:5, 4:16, 4:23, 8:25
**NOTES** [1] - 1:25
**nothing** [6] - 7:17, 7:24, 8:6, 9:13, 10:11, 10:16
**notice** [4] - 3:14, 3:16, 7:23, 10:10
**notification** [1] - 3:20
**notifications** [1] - 6:18
**number** [1] - 9:2

## O

**objection** [1] - 3:16
**occur** [1] - 4:24
**occurred** [1] - 3:19
**occurs** [2] - 6:7, 7:20
**odyssey** [1] - 8:2
**OF** [5] - 1:2, 1:11, 1:25, 12:15, 12:23
**OFFICE** [1] - 1:18
**OFFICIAL** [2] - 1:21, 12:15
**one** [7] - 2:25, 3:2, 5:12, 8:11, 8:20, 8:21, 10:8
**one-year** [2] - 2:25, 3:2
**ones** [1] - 8:19
**operate** [1] - 3:17
**opportunity** [3] - 3:16, 7:22, 8:9
**original** [2] - 2:25, 4:22
**origination** [1] - 4:17

## P

**PACEM** [7] - 1:4, 2:3,

2:8, 2:10, 6:23, 7:21, 8:2
**pages** [1] - 1:24
**paid** [4] - 3:10, 8:14, 8:20, 11:5
**particular** [1] - 11:9
**PARTNERS** [1] - 1:15
**past** [1] - 9:15
**pay** [4] - 2:18, 3:11, 6:9, 9:8
**paying** [1] - 5:9
**payment** [11] - 4:24, 5:2, 7:3, 8:13, 8:20, 9:3, 10:3, 10:8, 10:9, 10:19, 11:12
**payments** [35] - 3:8, 3:9, 3:20, 4:23, 5:1, 5:24, 5:25, 6:2, 6:3, 6:7, 6:8, 6:23, 6:24, 7:2, 7:4, 7:8, 7:9, 7:12, 7:19, 8:1, 8:5, 8:10, 8:15, 9:5, 9:11, 9:12, 9:14, 9:20, 10:1, 10:2, 10:4, 10:9, 11:3, 11:18
**performing** [1] - 5:23
**perhaps** [1] - 7:21
**PETER** [1] - 1:18
**Peter** [1] - 2:13
**plaintiff** [9] - 1:5, 2:6, 2:16, 3:7, 5:15, 10:19, 11:15, 11:24, 12:1
**PLAINTIFF** [1] - 1:14
**PLLC** [1] - 1:15
**point** [1] - 10:5
**points** [2] - 6:23, 8:24
**portfolio** [1] - 4:12
**portion** [2] - 3:10, 8:19
**portions** [1] - 7:12
**possible** [1] - 4:11
**pretty** [2] - 3:6, 3:11
**primarily** [1] - 6:18
**principal** [13] - 3:9, 3:10, 3:12, 4:23, 4:24, 5:1, 5:2, 6:7, 6:9, 7:10, 7:13, 8:20, 11:12
**principal-only** [1] - 4:23
**problem** [1] - 9:12
**problematic** [1] - 6:10
**procedure** [2] - 3:19, 7:23
**proceedings** [1] - 12:18
**process** [7] - 2:17, 6:16, 6:17, 7:18, 7:25, 8:8, 11:24
**processed** [1] - 6:17

**program** [1] - 6:25
**proper** [3] - 4:4, 4:5, 7:22
**provide** [2] - 5:10, 8:9
**provision** [1] - 8:25
**punishments** [1] - 4:10
**purposes** [1] - 7:16

## Q

**qualified** [2] - 4:6, 5:11
**qualifying** [2] - 5:13, 6:1
**questions** [2] - 2:22, 6:22
**quite** [1] - 5:22

## R

**raised** [1] - 10:20
**range** [2] - 4:9, 4:12
**rational** [1] - 8:4
**reached** [1] - 11:4
**read** [1] - 6:18
**realized** [1] - 6:1
**really** [4] - 3:17, 5:15, 6:4, 6:12
**reason** [1] - 8:3
**reasonable** [1] - 8:10
**REBECCA** [1] - 1:21
**Rebecca** [1] - 12:17
**receive** [1] - 4:6
**received** [1] - 11:1
**receives** [2] - 3:14, 3:20
**record** [22] - 2:5, 3:7, 3:11, 3:14, 5:15, 6:2, 7:18, 7:20, 7:24, 8:2, 8:6, 9:14, 9:17, 9:18, 9:25, 10:11, 10:16, 10:24, 11:17, 12:5, 12:18
**redone** [1] - 3:10
**referred** [1] - 9:16
**reflect** [1] - 8:2
**reflected** [1] - 11:13
**reflecting** [1] - 10:16
**reflects** [2] - 10:24, 11:1
**refused** [1] - 6:3
**regular** [5] - 4:1, 5:1, 9:23, 10:1, 10:7
**regulations** [1] - 10:5
**relationships** [1] - 4:7
**relied** [1] - 11:13
**rely** [1] - 3:25
**remaining** [1] - 8:10
**report** [2] - 3:25, 10:18

**REPORTER** [3] - 1:21, 12:15, 12:23
**reports** [2] - 3:25, 4:4
**represents** [1] - 5:20
**require** [1] - 3:14
**required** [1] - 5:24
**requirement** [2] - 8:19, 9:3
**requirements** [1] - 4:4
**respect** [1] - 6:13
**respond** [2] - 6:22, 10:13
**returned** [1] - 6:2
**rights** [1] - 9:21
**RPR** [1] - 1:21

## S

**sanctions** [2] - 4:10, 4:13
**satisfied** [1] - 11:16
**saves** [1] - 5:20
**saw** [1] - 6:10
**SBA** [30] - 2:19, 2:20, 3:14, 3:19, 4:4, 4:6, 4:7, 4:9, 4:11, 5:7, 5:11, 5:12, 5:20, 5:23, 5:25, 6:2, 6:3, 6:9, 6:13, 7:22, 9:10, 10:3, 10:8, 11:1, 11:5, 11:8, 11:12, 11:14, 11:15, 11:16
**SBA's** [1] - 2:23
**Schmitz** [1] - 2:9
**Section** [1] - 2:19
**see** [2] - 3:13, 11:5
**sent** [2] - 11:14, 11:15
**September** [2] - 1:8, 9:11
**servicing** [4] - 4:1, 9:23, 10:1, 10:7
**several** [1] - 4:19
**show** [1] - 6:12
**shows** [2] - 7:18, 7:25
**sIGNATURE** [1] - 12:23
**significant** [2] - 7:12, 7:13
**simply** [1] - 10:15
**situation** [1] - 7:11
**six** [1] - 8:11
**sixth** [6] - 6:6, 8:15, 8:18, 8:23, 9:3, 9:11
**Small** [2] - 2:3, 2:16
**small** [1] - 3:10
**SMALL** [1] - 1:7
**Solutions** [2] - 2:3, 2:8
**SOLUTIONS** [1] - 1:4
**sort** [4] - 4:13, 4:18, 11:8, 11:10

**sorts** [1] - 6:11
**spreadsheet** [1] - 10:20
**Square** [1] - 1:22
**STATES** [3] - 1:1, 1:12, 1:18
**status** [1] - 4:1
**STENOGRAPHIC** [1] - 1:25
**step** [1] - 8:11
**Stonestreet** [2] - 12:17, 12:22
**STONESTREET** [1] - 1:21
**stop** [2] - 9:14, 11:18
**stoppage** [2] - 6:23, 8:7
**stopped** [10] - 7:2, 7:20, 7:25, 8:5, 9:11, 9:19, 10:1, 10:3, 10:10, 11:3
**strange** [2] - 6:4, 6:11
**submitted** [1] - 10:18
**subsequent** [1] - 10:21
**subsidy** [1] - 6:24
**sudden** [1] - 6:6
**sufficient** [1] - 11:17
**Suite** [1] - 1:16
**summary** [3] - 2:15, 11:25, 12:2
**summer** [4] - 7:3, 7:19, 8:5, 9:19
**supposed** [1] - 10:9
**surprised** [1] - 3:13

## T

**table** [1] - 2:9
**taxpayer** [1] - 5:21
**taxpayers** [1] - 5:21
**terms** [2] - 4:23, 6:15
**THE** [18] - 1:2, 1:11, 1:14, 1:18, 2:11, 2:14, 3:4, 3:22, 4:3, 4:15, 5:4, 5:6, 7:5, 7:9, 8:17, 9:5, 10:12, 11:16
**timing** [1] - 6:5
**today** [2] - 6:16
**track** [1] - 3:11
**TRANSCRIPT** [1] - 1:11
**transcript** [1] - 12:18
**TRANSCRIPTION** [1] - 1:25
**transfer** [1] - 11:6
**tried** [1] - 11:6
**triggering** [1] - 4:14
**true** [1] - 10:16

**try** [2] - 8:3
**two** [8] - 3:9, 5:25, 6:2, 8:24, 9:5, 9:20, 10:2, 11:20
**type** [2] - 2:20, 4:6

## U

**U.S** [4] - 1:7, 1:22, 2:3, 2:13
**ultimately** [1] - 11:13
**under** [11] - 2:19, 7:4, 7:5, 7:7, 8:8, 8:14, 9:2, 9:13, 9:22, 10:5
**UNITED** [3] - 1:1, 1:12, 1:18
**unusual** [1] - 6:5
**upped** [1] - 6:8

## V

**VA** [2] - 1:16, 1:19
**version** [3] - 5:16, 6:6, 10:20
**versus** [2] - 2:3, 4:24
**view** [1] - 6:19
**violate** [1] - 11:23
**violated** [2] - 2:16, 6:14
**Virginia** [1] - 1:23
**VIRGINIA** [1] - 1:2
**voice** [1] - 3:16

## W

**waive** [1] - 9:2
**waiver** [1] - 8:25
**waiving** [2] - 5:17, 5:19
**whole** [2] - 6:9, 11:11
**works** [1] - 10:24
**worse** [1] - 9:10

## Y

**year** [3] - 2:25, 3:2, 11:12
**years** [1] - 11:20
**you-all** [1] - 3:17

*Rebecca Stonestreet, RPR, CRR, Official Court Reporter*